AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No. 3:24-mj-00266 |
| DAVASATE MAURICE PHELPS | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 15, 2024_____ in the county of _____Multnomah_____ in the

_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | (1) Possession with Intent to Distribute Cocaine, a Schedule II controlled substance; |
| | (2) Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and, |
| 18 U.S.C. § 924(c) | (3) Felon in Possession of a Firearm. |
| 18 U.S.C. § 922(g)(1) | |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Bobby Gutierrez.

☑ Continued on the attached sheet.

_____/s/ By Phone_____
*Complainant's signature*

_____Bobby Gutierrez, Special Agent, FBI_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at _7:50_ a.m./p.m.

Date: _____December 16, 2024_____

_____Jolie A. Russo_____
*Judge's signature*

City and state: _____Portland, Oregon_____     _____Hon. Jolie A. Russo, U.S. Magistrate Judge_____
*Printed name and title*